IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RHOMA BANNIER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:17-CV-154 |
| | § | |
| ELIZABETH CORDOVA, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court is in receipt of the Defendant Elizabeth Cordova's ("Cordova") Motion for Summary Judgment, Dkt. No. 29; Plaintiff Rhoma Bannier's ("Bannier") Brief in Opposition to Defendant's Summary Judgment Motion, Dkt. No. 36; and the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 39. The deadline to file objections to the M&R has passed, and no objections have been filed. FED. R. CIV. P. 72(b) (setting 14-day deadline).

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 39. Defendant's motion for summary judgment, Dkt. No. 29, is **GRANTED IN PART** and **DENIED IN PART**. Defendant's motion for summary judgment is **GRANTED** on Bannier's claims that Cordova retaliated against him by interfering with his work-time credits and filing a false disciplinary case against him. Defendant's summary judgment motion is **DENIED** on Bannier's claim that Cordova retaliated against him by destroying his legal materials.

SIGNED this 31st day of July 2019.

_____
Hilda Tagle
Senior United States District Judge